UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STM Invest S.à r.l. and Aventurine, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> 3P Equity Partners, LLC, AM Ventures Management LLC, Leonid Perelman, Silver Sail Capital, LLC, and Does 1 through 10, <br><br> Defendants. | CASE NO. 2:19-cv-01764 CBM(ASx) <br><br> **PRELIMINARY INJUNCTION** |

WHEREAS on March 19, 2019, Plaintiffs STM Invest S.à r.l. and Aventurine, Inc. (collectively, "Plaintiffs") filed a motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue restraining and enjoining the spending, use, distribution, disbursement, or dissipation of the cash belonging in or owing to the accounts of AM Ventures LLC and AM Ventures II LLC (believed to approximate $17.9 million), which include, but are not limited to, Citibank Account Nos. XXXXX0569, XXXXX3831, and XXXXX9282;

WHEREAS, following briefing by the parties and a hearing on March 26, 2019, the Court issued on March 27, 2019, a Temporary Restraining Order enjoining Defendants 3P Equity Partners, LLC, AM Ventures Management LLC, Leonid Perelman, and Silver Sail Capital, LLC (collectively, "Defendants") and their officers, agents, servants, employees, attorneys, and all those in active concert or participation with them (collectively, the "Enjoined Parties") from:

1. spending, using, dispensing, distributing, disbursing, or dissipating any of the cash belonging in or owing to the accounts of AM Ventures LLC and AM Ventures II LLC (the "Cash"), which accounts include, but are not limited to, Citibank Account Nos. XXXXX0569, XXXXX3831, and XXXXX9282; and

2. engaging in any action that attempts, directly or indirectly, to avoid or circumvent the above restraining order by redirecting or transferring to any of the Enjoined Parties any funds from AM Ventures LLC and AM Ventures II LLC or from their assets, and the Enjoined Parties shall instead deposit any such funds in the Cash accounts.

(Dkt. No. 71 (the "TRO") at 13); and

WHEREAS in its March 27, 2019 TRO, the Court ordered Defendants to show cause why the Enjoined Parties should not be "restrained and enjoined pending trial of this action from spending, using, dispensing, distributing, disbursing, or dissipating any of the cash belonging in or owing to the accounts of AM Ventures LLC and AM

Ventures II LLC, including, but not limited to, Citibank Account Nos. XXXXX0569, XXXXX3831, and XXXXX9282; and why they should not further be restrained and enjoined pending trial of this action from engaging in any action that attempts, directly or indirectly, to avoid or circumvent these spending restrictions by redirecting or transferring to any of the Enjoined Parties any funds from AM Ventures LLC and AM Ventures II LLC or from their assets, and shall instead deposit any such funds in the Cash accounts pending the outcome of the trial in this action." (Dkt. No. 71 at 13–14); and

WHEREAS, Defendants and Plaintiffs submitted briefing in response to the Order to Show Cause and presented oral arguments regarding the Order to Show Cause on June 5, 2019; and

WHEREAS, for the reasons set forth in the Court's Order re: Order to Show Cause Why a Preliminary Injunction Should Not Issue signed by this Court on June 14, 2019, Plaintiffs have demonstrated they are likely to succeed on the merits of their rescission and unjust enrichment claims, they will be irreparably harmed absent a preliminary injunction as set forth herein, the balance of equities tips in Plaintiffs' favor, and a preliminary injunction is in the public interest; and

WHEREAS, following the Court's issuance of the TRO, evidence was filed with the Court demonstrating Defendants had transferred approximately $8.1 million from the Cash to Defendants' counsel (Quinn Emanuel Urquhart & Sullivan, LLP; Sutton, Pakfar & Courtney LLP; and Blackstone Law) as purported "retainers" for legal services;

1. IT IS HEREBY ORDERED that the Enjoined Parties are restrained and enjoined pending trial of this action or a decision on the merits concluding this action, from spending, using, dispensing, distributing, disbursing, or dissipating any of the cash belonging in or owing to the accounts of AM Ventures LLC and AM Ventures II LLC, including, but not limited to, Citibank Account Nos. XXXXX0569, XXXXX3831, and XXXXX9282;

2. IT IS FURTHER ORDERED THAT the Enjoined Parties are restrained and enjoined pending trial of this action or a decision on the merits concluding this action, from engaging in any action that attempts, directly or indirectly, to avoid or circumvent the above restrictions in Paragraph 1 by redirecting or transferring to any of the Enjoined Parties any funds from AM Ventures LLC and AM Ventures II LLC or from their assets, and shall instead deposit any such funds in the Cash accounts pending the outcome of the trial in this action or a decision on the merits concluding this action;

3. IT IS FURTHER ORDERED THAT pending trial of this action the $8.1 million transferred from AM Ventures LLC and AM Ventures II LLC to the law firms Quinn Emanuel Urquhart & Sullivan, LLP; Sutton, Pakfar & Courtney LLP; and Blackstone Law shall not be spent, used, dispensed, distributed, disbursed, dissipated or drawn from in any way by Defendants or their counsel or agents, and shall instead be placed in an escrow account bearing interest. The parties shall meet and confer on the escrow agent and the terms of escrow. If the parties cannot agree, within five (5) days of the date of this Order, Plaintiffs shall file a proposed order with the Court identifying a proposed escrow agent and terms of the escrow; Defendants shall have three (3) days to file a response; the Court will thereafter issue a ruling on the papers submitted, unless it deems a hearing is necessary; and

4. IT IS FURTHER ORDERED THAT this Preliminary Injunction shall be effective immediately, given Plaintiffs have already posted a bond in the amount of $17.9 million, and said bond shall continue throughout the pendency of this preliminary injunction.

**IT IS SO ORDERED.**

Dated: June 14, 2019.

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE