QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Andrew J. Rossman (Admitted *Pro Hac Vice*)
  andrewrossman@quinnemanuel.com
  Christopher D. Kercher (Admitted *Pro Hac Vice*)
  christopherkercher@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  James R. Asperger (Bar No. 83188)
  jimasperger@quinnemanuel.com
  Alyssa G. Olson (Bar No. 305705)
  alyolson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendants 3P Equity Partners, LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STM INVEST, S.À R.L., AND AVENTURINE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> 3P EQUITY PARTNERS, LLC, AM VENTURES MANAGEMENT LLC, LEONID PERELMAN, MICHAEL FISHMAN, SILVER SAIL CAPITAL, LLC, AND DOES 1–10, <br><br> Defendants. | CASE NO. 2:19-cv-01764-CBM-ASx <br><br> **PRELIMINARY INJUNCTION APPEAL** <br><br> Judge:   Hon. Consuelo Marshall <br><br> Action Filed: March 11, 2019 <br> Trial Date: None Set |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that 3P Equity Partners LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman (collectively, "3P Defendants"), defendants in the above-captioned case, appeal to the United States Court of Appeals for the Ninth Circuit from the Preliminary Injunction of the District Court entered on June 14, 2019 (Docket Nos. 166, 167) and all other orders or rulings merged or incorporated therein. A copy of the June 14, 2019 Preliminary Injunction is attached hereto as Exhibit A. A copy of the Order reflecting this Court's explanation of the Preliminary Injunction is attached hereto as Exhibit B.

DATED: June 17, 2019        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Christopher D. Kercher*
Christopher D. Kercher
*Attorneys for Defendants 3P Equity Partners LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman*