QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Andrew J. Rossman (Admitted *Pro Hac Vice*)
  andrewrossman@quinnemanuel.com
  Christopher D. Kercher (Admitted *Pro Hac Vice*)
  christopherkercher@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 443-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  James R. Asperger (Bar No. 83188)
  jimasperger@quinnemanuel.com
  Alyssa G. Olson (Bar No. 305705)
  alyolson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendants 3P Equity Partners, LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STM INVEST, S.À R.L., AND AVENTURINE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> 3P EQUITY PARTNERS, LLC, AM VENTURES MANAGEMENT LLC, LEONID PERELMAN, MICHAEL FISHMAN, SILVER SAIL CAPITAL, LLC, AND DOES 1–10, <br><br> Defendants. | CASE NO. 2:19-cv-01764-CBM-ASx <br><br> **REPRESENTATION STATEMENT OF DEFENDANTS 3P EQUITY PARTNERS, LLC, AM VENTURES MANAGEMENT, LLC, LEONID PERELMAN, AND MICHAEL FISHMAN (Ninth Cir. Rule 3-2)** <br><br> Judge:   Hon. Consuelo Marshall <br><br> Action Filed: March 11, 2019 <br> Trial Date: None Set |

Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), Defendants-Appellants 3P Equity Partners, LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman submit the following Representation Statement identifying all parties to the action, along with the names, addresses, and telephone numbers of their respective counsel.

Defendants-Appellants 3P Equity Partners, LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman are represented in this matter by the following counsel:

Andrew J. Rossman
Christopher D. Kercher
Daniel P. Mach
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000 (Telephone)
(212) 849-7100 (Facsimile)
andrewrossman@quinnemanuel.com
christopherkercher@quinnemanuel.com
danielmach@quinnemanuel.com

James R. Asperger
Alyssa G. Olson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)
jimasperger@quinnemanuel.com
alyolson@quinnemanuel.com

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Plaintiffs-Appellees STM Invest, S.à r.l. and Aventurine, Inc. are represented in |
| 2 | this matter by the following counsel: |
| 3 | Marcellus A. McRae |
| 4 | James L. Zelenay, Jr. |
|   | Katherine H. Sharp |
| 5 | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071 |
| 7 | (213) 229-7000 (Telephone) |
| 8 | (213) 229-7520 (Facsimile) |
|   | mmcrae@gibsondunn.com |
| 9 | jzelenay@gibsondunn.com |
| 10 | ksharp@gibsondunn.com |
| 11 | Avi Weitzman |
| 12 | GIBSON, DUNN & CRUTCHER LLP |
|    | 200 Park Avenue |
| 13 | New York, NY 10166 |
| 14 | (212) 351-2465 (Telephone) |
|    | (212) 351-5265 (Facsimile) |
| 15 | aweitzman@gibsondunn.com |
| 16 | |
| 17 | Defendant Silver Sail Capital, LLC is represented in this matter by the following |
| 18 | counsel: |
| 19 | Matthew E. Hess |
|    | LAW OFFICES OF MATTHEW E. HESS |
| 20 | 1801 Century Park E., Ste. 2400 |
| 21 | Los Angeles, CA 90067 |
|    | (310) 751-7544 (Telephone) |
| 22 | (310) 464-0397 (Facsimile) |
| 23 | matthew.hess@hesslawyers.com |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

| | | |
|---|---|---|
| 1 | DATED: June 17, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Christopher D. Kercher* |
| 5 | | Christopher D. Kercher |
| | | *Attorneys for Defendants 3P Equity Partners LLC, AM Ventures Management, LLC, Leonid Perelman, and Michael Fishman* |